IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AQUIL JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-1986** |
| | : | |
| **STEVEN R. GLUNT, DISTRICT ATTORNEY OF COUNTY OF PHILADELPHIA and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |

## ORDER

**NOW**, this 16th day of June, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to Petition for Writ of Habeas Corpus (Document No. 17), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Document No. 22), and Petitioner's Objections to the Report and Recommendation (Document No. 24), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Hey is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **STAYED**;

4. The Clerk shall place this action in **SUSPENSE** pending conclusion of the state court post-conviction proceedings.

5. The parties shall notify the court within thirty days of the conclusion of the state proceedings challenging the petitioner's contempt sentences; and

6.    There is no basis for the issuance of a certificate of appealability.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.